UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Denny Macedo**                                                   **Docket No. 7:18-CR-156-1BO**

### Petition for Action on Supervised Release

COMES NOW Corey Rich, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Denny Macedo, who, upon an earlier plea of guilty to Distribution and Possession With the Intent to Distribute 5 Grams or More of Methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(b)(1)(B), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on August 23, 2019, to the custody of the Bureau of Prisons for a term of 42 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 48 months. Denny Macedo was released from custody on November 17, 2022, at which time the term of supervised release commenced.

On March 20, 2023, a Violation Report was forwarded to the Court advising that on March 10, 2023, the defendant committed the criminal offenses of Driving While License Revoked Not Impaired, Expired Registration, Operate Vehicle No Insurance, and Failure to Yield (23CR 701310), in Sampson County, North Carolina. The defendant was verbally reprimanded and instructed not to drive again until properly licensed. The Court agreed to continue supervision.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On February 1, 2024, the defendant committed the criminal offense of Driving While License Revoked (24CR 700490), in Sampson County, North Carolina. When confronted, the defendant admitted to driving without a license. The defendant was again advised not to operate a motor vehicle until properly licensed. As a sanction for this conduct and to deter future criminal conduct, we would respectfully recommend that his supervision be modified to include 16 hours of community service. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 16 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                                   I declare under penalty of perjury that the foregoing is
                                                         true and correct.


/s/ Keith W. Lawrence                                    /s/ Corey Rich
Keith W. Lawrence                                        Corey Rich
Supervising U.S. Probation Officer                       U.S. Probation Officer
                                                         150 Rowan Street Suite 110
                                                         Fayetteville, NC 28301
                                                         Phone: 910-354-2540
                                                         Executed On: February 13, 2024

Denny Macedo
Docket No. 7:18-CR-156-1BO
Petition For Action
Page 2

**ORDER OF THE COURT**

Considered and ordered this ___13___ day of ___Feb,_____, 2024, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
United States District Judge