UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Denny Macedo**                                                                 **Docket No. 7:18-CR-156-1BO**

**Petition for Action on Supervised Release**

COMES NOW Corey Rich, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Denny Macedo, who, upon an earlier plea of guilty to Distribution and Possession With the Intent to Distribute 5 Grams or More of Methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(b)(1)(B), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on August 23, 2019, to the custody of the Bureau of Prisons for a term of 42 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 48 months. Denny Macedo was released from custody on November 17, 2022, at which time the term of supervised release commenced.

On March 20, 2023, a Violation Report was forwarded to the court advising that on March 10, 2023, the defendant committed the criminal offenses of Driving While License Revoked Not Impaired, Expired Registration, Operate Vehicle No Insurance, and Failure to Yield (23CR 701310), in Sampson County, North Carolina. The defendant was verbally reprimanded and instructed not to drive again until properly licensed. The court agreed to continue supervision.

On February 13, 2024, as a result of the defendant committing the criminal offense of Driving While License Revoked (24CR 700490), in Sampson County, North Carolina, the court modified the conditions of supervision to require the defendant to complete 16 hours of community service. These hours were successfully completed on March 22, 2024.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On May 7, 2024, the defendant submitted a urine sample that tested positive for marijuana. When confronted, the defendant admitted to using the illegal substance. The defendant was verbally reprimanded in an attempt to deter future violations. He is remorseful for his actions and has agreed to modifying his conditions of supervision to include a drug aftercare condition. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                                  I declare under penalty of perjury that the foregoing is
                                                        true and correct.

/s/ Keith W. Lawrence                                   /s/ Corey Rich
Keith W. Lawrence                                       Corey Rich
Supervising U.S. Probation Officer                      U.S. Probation Officer
                                                        150 Rowan Street Suite 110
                                                        Fayetteville, NC 28301
                                                        Phone: 910-354-2540
                                                        Executed On: May 8, 2024

Denny Macedo
Docket No. 7:18-CR-156-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___8___ day of ___May___, 2024, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
United States District Judge